which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BLACKMUN and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 91–7451. IN RE LEE. Petition for writ of habeas corpus denied.

No. 91–7084. IN RE MARTIN;
No. 91–7085. IN RE MEADE;
No. 91–7256. IN RE COX; and
No. 91–7428. IN RE JOHNS. Petitions for writs of mandamus denied.

No. 91–871. BATH IRON WORKS CORP. ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 1st Cir. Certiorari granted.

No. 91–948. CHURCH OF THE LUKUMI BABALU AYE, INC., ET AL. *v.* CITY OF HIALEAH. C. A. 11th Cir. Certiorari granted.

No. 91–998. COMMISSIONER OF INTERNAL REVENUE *v.* SOLIMAN. C. A. 4th Cir. Certiorari granted.

No. 91–1158. MISSISSIPPI ET AL. *v.* LOUISIANA ET AL. C. A. 5th Cir. Certiorari granted limited to Questions 1 and 2 presented by the petition and to the following question: Did the District Court properly assert jurisdiction over respondents' third-party complaint against petitioner State of Mississippi?

No. 91–6824. ZAFIRO ET AL. *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted.